UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.Z. JONES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01193-HBK<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on August 6, 2021. (Doc. No. 1). Plaintiff neither paid the $402.00 filing fee nor applied to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

1. Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee for this action.

2. Absent good cause, the Court will not grant any motions for extension of time.

3. Failure to comply with this order may result in dismissal of this action.

Dated: 　August 9, 2021　

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE