UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.Z. JONES, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01193-NONE-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Thomas K. Mills is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On October 5, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction. (Doc. No. 13.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id.* at 5.) Plaintiff submitted objections dated October 7, 2021, which were received by the court on November 16, 2021. (Doc. No. 34.) The court will assume for the purposes of this order that plaintiff's objections were timely and has considered those objections. Nonetheless, the objections do not address the reasoning contained within the findings and recommendations, which correctly

/////

1

conclude that the injunctive relief plaintiff requests is inappropriate because it is unrelated to the claims in this case, among other reasons.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 5, 2021 (Doc. No. 13) are adopted in full;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 11) is denied.

IT IS SO ORDERED.

Dated: **November 20, 2021**

_____
UNITED STATES DISTRICT JUDGE

2