UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>  Plaintiff,<br><br>  v.<br><br>Z. JONES and J. RIVERA,<br><br>  Defendants. | Case No. 1:21-cv-01193-NONE-HBK<br><br>ORDER STRIKING PLAINTIFF'S LODGED SECOND AMEND COMPLAINT<br><br>(Doc. No. 39) |

Plaintiff Thomas K. Mills is a state prisoner proceeding *pro se* and *in forma pauperis* on his First Amended Complaint brought pursuant to 42 U.S.C. § 1983. (Doc. Nos. 7, 9). The Court permitted this case to proceed and directed Defendants to enter an appearance and file a responsive pleading. (Doc. Nos. 15, 32). Defendants' response to the First Amended Complaint is not yet due. On December 6, 2021, Plaintiff lodged a second amended complaint. (Doc. No. 39). Plaintiff did not seek leave of Court to file a second amended complaint as required by Federal Rule of Civil Procedure 15(a)(2). Therefore, the proposed pleading is procedurally improper. Consequently, the Court will order the improper pleading stricken from the record.

Accordingly, it is **ORDERED:**

1

1 | Plaintiff's lodged second amended complaint (Doc. No. 39) is stricken from the record.

Dated: December 20, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE