UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>            Plaintiff,<br><br>      v.<br><br>Z. JONES and J. RIVERA,<br><br>            Defendants. | Case No. 1:21-cv-01193-NONE-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. No. 51) |

  Plaintiff Thomas K. Mills is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. (Doc. Nos. 7, 9). Pending is Plaintiff's motion for entry of default by defendants filed December 28, 2021. (Doc. No. 51). Plaintiff claims that defendants failed to timely respond to his complaint and a "default was entered in the civil docket in the office of this clerk on 12/13/2021." (Doc. No. 51 at 1:23-25). Plaintiff now requests the Court to enter judgment consistent with the clerk's default. (*Id*. at 2:8-10).

  Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that failure is shown by affidavit or otherwise. *See* Fed. R. Civ. P. 55(a). Contrary to Plaintiff's claim, no default was entered by the clerk on 12/13/2021. *See*

docket.  Further, defendants timely filed an answer in this action. *See* Doc. Nos. 15, 25, 36, 37, 47.  Thus, the clerk properly withheld entry of default. Fed. R. Civ. P. 55(a).

Accordingly, it is **ORDERED:**

Plaintiff's motion for entry of default (Doc. No. 51) is DENIED.

Dated:   January 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE