UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Z. JONES and J. RIVERA,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01193-NONE-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>(Doc. No. 50) |

　　　　Plaintiff Thomas K. Mills is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. (Doc. Nos. 7, 9). Pending before the Court is Plaintiff's motion for order compelling discovery filed December 28, 2021. (Doc. No. 50). Plaintiff seeks "any grievance reports written on each [defendant]." (Doc. No. 50 at 2:24-25). Plaintiff appears to be erroneously filing discovery requests with the Court instead of serving them on defendants. Further, the Court has not yet issued a Discovery and Scheduling Order and this proceeding is exempt for initial disclosures under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv). Thus, in addition to the motion being improper it is premature.

　　///

Accordingly, it is **ORDERED:**

Plaintiff's motion to compel discovery (Doc. No. 50) is DENIED.

Dated:   January 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE