UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>I. Z. JONES, J. RIVERA,<br><br>        Defendants. | Case No. 1:21-cv-01193-DAD-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY<br><br>(Doc. Nos. 64, 77) |

Pending before the Court is Plaintiff's duplicative Motions to Compel Discovery filed on February 8, 2022, and March 30, 2022, respectively. (Doc. Nos. 64, 77). Plaintiff previously filed a motion to compel discovery, which the Court denied. (*See* Doc. Nos. 50, 58).

As previously discussed in this Court's earlier ruling on Plaintiff's first motion to compel discovery, the Court has not issued a Discovery and Scheduling Order and this proceeding is exempt from initial disclosures under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv); (*see also* Doc. No. 58). Further, any requests for discovery must be served on Defendants and not made by motion to the Court. Thus, in addition to the motions being improper, they are also premature.[1]

The Court has previously warned Plaintiff about filing duplicative motions and warned

---

[1] Indeed, until the Court rules on Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status (Doc. No. 55) this case cannot proceed further.

him that sanctions will be imposed if he continues to disregard the Court's orders and warnings. In its Order denying Plaintiff's duplicative motions for appointment of counsel entered this same day, the Court warned Plaintiff that he may be deemed a vexatious litigant. If Plaintiff files another premature motion seeking discovery before the Court issues a discovery and scheduling order, or files any further duplicative motions on an issue that already has been addressed by the Court in another ruling, the Court will recommend the district court dismiss this case for abuse of the judicial process.

Accordingly, it is **ORDERED**:

Plaintiff's second and third Motion to Compel Discovery (Doc. Nos. 64, 77) are DENIED.

Dated:   March 31, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

.