UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>I.Z. JONES, J. RIVERA,<br><br>        Defendants. | Case No. 1:21-cv-01193-DAD-HBK<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST TO CONFIRM RECEIPT OF PARTIAL FILING FEE AND PLAINTIFF'S MOTION TO CONTINUE CASE<br><br>(Doc. Nos. 66, 72)<br><br>ORDER STRIKING PLAINTIFF'S INMATE STATEMENT REPORT<br><br>(Doc. No. 69)<br><br>ORDER TO PAY FULL FILING FEE INCLUDING ADMINISTRATIVE FEE<br><br>APRIL 29, 2022, DEADLINE |

Plaintiff Thomas K. Mills is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. (Doc. Nos. 7, 9). Pending before the Court is Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* status. (Doc. No. 55). Defendants seek to revoke Plaintiff's *in forma pauperis* status due to Plaintiff's three-strike status and his failure to meet the imminent danger exception. (*See generally* Id.). Plaintiff filed an opposition in response to Defendant's Motion on January 12, 2022. (Doc. No. 61).

Thereafter, on February 11, 2022, Plaintiff filed a notice to the Clerk advising that he intended to pay the full $402 filing fee and requesting confirmation when the funds are received. (Doc. No. 66).[1] Approximately two weeks later, Plaintiff filed a copy of his Inmate Statement Report on February 28, 2022. (Doc. No. 69). Plaintiff, however, neither seeks any relief nor explains the purpose for filing his Inmate Statement Report. The Court cannot independently discern for what purpose the Statement was filed. Thus, the Court will strike the statement as it does not constitute a proper pleading. Fed. R. Civ. P. 7(b).

On March 2, 2022, Plaintiff filed a motion requesting to proceed in this matter, advising the Court that he has paid the $350 filing fee and claiming he is exempt from the $52 administrative fee. (Doc. No. 72). Included with Plaintiff's motion is a copy of his Inmate Statement Report evidencing that $350 was withdrawn from his inmate trust account on February 15, 2022. (Doc. No. 73 at 3). On March 8, 2022, the Court received payment of $350 from Plaintiff, but as of the date of this order the Court has not received payment of the $52 administrative fee. (Receipt No. CAE100050147).

Upon initiation of this case, Plaintiff filed a motion requesting to proceed *in forma pauperis* which this Court granted. (Doc. Nos. 8, 9). In accordance with 28 U.S.C. § 1915 (b)(1), because Plaintiff was granted *in forma pauperis*, he only was obligated to pay the statutory filing fee of $350 but not the $52 administrative fee. *See* 28 U.S.C. § 1914(a); *see also Fee* Schedule, United States District Court Eastern District of California (Mar. 30, 2022).[2] A prisoner proceeding *in forma pauperis* must pay the statutory filing fee and is permitted to pay the fee overtime but is not required to pay the administrative fee. 28 U.S.C. § 1915(b)(1). Without issuing a ruling on Defendant's Motion as to whether Plaintiff's *in forma pauperis* status should be revoked, if Plaintiff is a three-striker he is not permitted to proceed *in forma pauperis* but is mandated to pay the full $402 filing fee to continue the prosecution of this action. 28 U.S.C. § 1915(g). Plaintiff is not permitted to pay the filing fee over-time.

---

[1] In his motion Plaintiff states, "I'm send [sic] my filing fee to the court, $350.00, $50.00, and $5.00, $405.00." (Doc. No. 66 at 1). The correct fee is $402 no $405.

[2] https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/fee-schedule/ (stating that the Eastern District of California has a $402 filing fee, broken down into a $350 filing fee plus a $52 administrative fee).

Because it appears Plaintiff may have been under the impression that he was only required to pay $350 as opposed to full $402 filing fee if he was subject to 28 U.S.C. § 1915(g), the Court will grant Plaintiff a limited period of time to make full payment of the filing fee. After the expiration of that time, the Court will deem Defendants' Motion to revoke Plaintiff's IFP status ripe for review.

Accordingly, it is **ORDERED**:

1. The Clerk of Court shall strike Plaintiff's Inmate Statement Report (Doc. No. 69);

2. Plaintiff's request seeking certification that filing fee was received (Doc. No. 66) and motion to continue case (Doc. No. 72) is GRANTED to the limited extent that the Court acknowledges that $350 of the $402 filing fee was received by the Court on March 8, 2022.

3. If Plaintiff is subject to the three strikes provision, he is required to pay the full filing fee of $402, which includes a $52 administrative fee. Plaintiff shall be permitted to pay the $52 administrative fee on or before **April 29, 2022**. After that time, the Court will deem Defendants' Motion to Revoke Plaintiff's *in forma pauperis* status ripe for review.

Dated:    April 1, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3