UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>Plaintiff,<br><br>v.<br><br>I.Z. JONES, J. RIVERA,<br><br>Defendants. | Case No. 1:21-cv-01193-DAD-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL<br><br>(Doc. No. 85) |

Pending before the Court is Plaintiff's fourth motion to appoint counsel. (Doc. Nos. 85). Plaintiff previously filed motions seeking appointment of counsel on September 30, 2021, February 9, 2022, and February 18, 2022, all which were denied by the Court. (Doc. Nos. 10, 14, 65, 68, 81). Plaintiff's fourth motion to appoint counsel raises no new grounds from his previous motions. The Court incorporates its reasons and the law set forth in the Court's October 6, 2021, Order as through set out at length herein. (Doc. No. 14).

Accordingly, Plaintiff's motion to appoint counsel (Doc. Nos. 85) is DENIED.

Dated: April 7, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE