1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   THOMAS K. MILLS,                    Case No.  1:21-cv-01193-DAD-HBK

12                  Plaintiff,           ORDER DENYING PLAINTIFF'S MOTION
                                         FOR A SETTLEMENT CONFERENCE AS
13          v.                           PREMATURE

14   I. Z. JONES, J. RIVERA,            (Doc. Nos.  67)

15                  Defendants.

16

17          Before the Court is Plaintiff's motion requesting the Court to order the parties to engage in

18   a settlement conference.  (Doc. No. 67).  On December 27, 2021, consistent with its practice

19   referring all civil rights cases filed by *pro se* inmates to Alternative Dispute Resolution (ADR) to

20   attempt to resolve such cases more expeditiously and less expensively, the Court issued a stay of

21   this action for thirty (30) days to permit the parties to consider whether they wished to engage in

22   ADR.  (Doc. No. 49).  On January 3, 2022, Defendants moved to revoke Plaintiff's *in forma*

23   *pauperis* status (Doc. No. 55).  Thus, until the Court rules on Defendants' pending motion this

24   case cannot move forward.

25          Accordingly, Plaintiff's motion (Doc. No. 67) is DENIED as premature.

26   Dated:    April 8, 2022

27                                        HELENA M. BARCH-KUCHTA
                                          UNITED STATES MAGISTRATE JUDGE
28