UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. Z. JONES, J. RIVERA,<br><br>　　　　Defendants. | Case No. 1:21-cv-01193-DAD-HBK<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 54) |

　　　Pending before the Court is Plaintiff's motion for summary judgment. (Doc. No. 54). The motion for summary judgment is three pages long, contains four alleged "undisputed facts," and includes no evidentiary documents to support the motion. (*Id*.).

　　　Federal Rule of Civil Procedure 56 governs motions for summary judgment. Fed. R. Civ. P. 56. Rule 56 requires a party who asserts that a fact cannot be disputed to support his assertion by "citing to particular parts of materials in the record…or showing that the materials cited do not establish the absence or presence of a genuine dispute, or that an adverse party cannot produce admissible evidence to support the fact." Fed. R. Civ. P. 56(c). Rule 56 also states that a court only needs to consider the cited materials. Fed. R. Civ. P. 56(c)(3). Furthermore, the local rules require a party to cite the specific portions of any document that is relied upon to establish an undisputed fact. L. R. 260 (2022). The moving party is also responsible for filing "all evidentiary documents cited in the moving papers." *Id.*

Plaintiff's motion for summary judgment contains four undisputed facts that reference medical records or various aspects of Plaintiff's medical condition presumably that are a result from Defendants' alleged conduct. (Doc. No. 54). However, Plaintiff's motion does not contain any evidence supporting any of the four undisputed facts nor does it cite to any specific materials in the record. (*See generally* id.). For example, Plaintiff references medical records that would appear to substantiate his purported undisputed fact that his ribs were fractured; however, no medical records were attached. (*See* id at 3). Plaintiff's motion for summary judgement is deficient and fails to adhere to Federal Rule of Civil Procedure 56 or Local Rule 260. *See* Fed. R. Civ. P. 56; *see also* L. R. 260 (2022). The Court will strike the motion as procedurally deficient.

Accordingly, it is **ORDERED**:

The Clerk of Court shall strike Plaintiff's motion for summary judgment (Doc. No. 54) as procedurally deficient.

Dated:   April 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

.

2