UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>I.Z JONES, J. RIVERA,<br><br>        Defendant. | Case No. 1:21-cv-01193-DAD-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS SEEKING CONFIRMATION OF PAYMENT OF $400.00 TOWARD $402.00 FILING FEE<br><br>(Doc. Nos. 98, 102, 103)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY OUTSTANDING $2.00 BALANCE<br><br>(Doc. No. 101) |

    Pending before the Court are the following motions filed by Plaintiff related to the filing fee in this action: (1) request to enter his trust account statement filed on April 11, 2022 (Doc. No. 98); (2) motion for order to show proof of paying the filing fee filed April 25, 2022 (Doc. No. 102); and (3) notice to the court of payment toward filing fee filed on May 6, 2022 (Doc. No. 103). Essentially, Plaintiff seeks confirmation that the Court has received payments toward his filing fee.

    A review of the Court's records confirm that Plaintiff made a payment of $350.00 on 3/9/2022 (Receipt No. CAE100050147) and a payment of $50.00 on 3/11/2022 (Receipt No. CAE100050192). Thus, Plaintiff owes an outstanding balance of $2.00. To the extent that

Plaintiff seeks confirmation that he has made payments totaling $400.00 toward the $402.00 filing fee, his motions are granted.  In all other respects, his motions are denied.

With regards to the outstanding $2.00 payment, Plaintiff filed a motion seeking extension of time to pay the $2.00 balance toward his filing fee on April 21, 2022.  (Doc. No. 101).  Plaintiff shall submit the $2.00 balance owed toward the full filing within twenty-one (21) days of the date of this Order.

Accordingly, it is **ORDERED**:

1. Plaintiff's motions confirming receipt of $400.00 towards the filing fee (Doc. Nos. 98, 102, and 103) are GRANTED to the limited extent the Court confirms the Clerk has received $400.00 toward the $402.00 filing fee.

2. Plaintiff's motion for an extension of time to pay the $2.00 balance toward his filing fee (Doc. No. 101) is GRANTED.  Plaintiff shall submit the remaining $2.00 balance owed toward the full filing fee within twenty-one (21) days of the date of this Order.

Dated:  May 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE