UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. Z. JONES, J. RIVERA,<br><br>　　　　Defendants. | Case No. 1:21-cv-01193-DAD-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY OUTSTANDING $2.00 BALANCE<br><br>(Doc. No. 106)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REQUESTING REVIEW OF PLAINTIFF'S PAYMENT HISTORY TOWARDS FILING FEE<br><br>(Doc. No. 105)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR REVIEW OF ENTIRE COURT RECORD<br><br>(Doc. No. 107) |

　　Pending before the Court is a series of motions filed by Plaintiff related to the filing fee in this action: (1) motion for review to determine if the filing fee has been paid (Doc. No. 105); (2) motion for a 30-day extension of time to pay the outstanding $2.00 filing fee (Doc. No. 106); and (3) a motion requesting the Court review the court record (Doc. No. 107).

　　The Court incorporates its explanation of this case's procedural history set forth in its April 21, 2022, Order (Doc. No. 84) which addressed Plaintiff's motion to continue the case after

paying $350.00 towards his $402.00 filing fee (Doc. No. 72).  This Court already granted Plaintiff two extensions to pay the $402.00 filling fee.  (*See* Doc. Nos. 84, 104).  Notably, Plaintiff has been on notice that he must pay the $402.00 filing fee since at least 2/11/2022.  (*See* Doc. No. 66) (Plaintiff filed notice to the Clerk advising his intent to pay the full $402.00 filing fee and requesting confirmation when the funds are received).[1]  Plaintiff was already granted an additional extension of twenty-one (21) days to pay the remaining $2.00 balance owed toward his filing fee on May 12, 2022.  (Doc. No. 104); (s*ee also* Doc. No. 84) (granting Plaintiff a twenty-eight (28) day extension to pay the filing fee).  Plaintiff has had ample time to direct correctional officials to pay the remaining $2.00 balance owed toward his filing fee. (*See generally* docket).

As already stated in this Court's May 12, 2022, Order (Doc. No 104), a review of the Court's records confirm that Plaintiff made a payment of $350.00 on 3/9/2022 (Receipt No. CAE100050147) and a payment of $50.00 on 3/11/2022 (Receipt No. CAE100050192).  This Court has not received any additional payments from Plaintiff since issuing its May 12, 2022, Order.  Thus, Plaintiff owes an outstanding balance of $2.00.  To the extent that Plaintiff is asking this Court to review the docket for case 1:21-cv-01324-DAD-EPG (E.D. Cal. 2021), such a request is outside of the undersigned's purview and should be directed to the judge assigned that was assigned to that case.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion requesting an extension of time to pay the outstanding $2.00 balance of his filing fee (Doc. No. 106) is DENIED.  The deadline set forth in this Court's May 13, 2022, Order (Doc. No. 104) remains in effect.

2. Plaintiff's motion requesting review to determine if his $402.00 filing fee has been paid (Doc. No. 105) is GRANTED to the limited extent the Court confirms the Clerk received $400.00 toward the $402.00 filing fee.

///

///

---

[1] In his motion Plaintiff states, "I'm send [sic] my filing fee to the court, $350.00, $50.00, and $5.00, $405.00." (Doc. No. 66 at 1). The correct fee is $402 no $405.

3. Plaintiff's motion requesting the Court review the entire court record (Doc. No. 107) is DENIED.

Dated: May 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE