1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS K. MILLS,                         Case No.  1:21-cv-01193-DAD-HBK (PC)

12              Plaintiff,                     ORDER FINDING DEFENDANTS' MOTION
                                               TO REVOKE PLAINTIFF'S *IN FORMA*
13        v.                                   *PAUPERIS* STATUS MOOT

14   I. Z. JONES, J. RIVERA,                   (Doc. No. 55)

15              Defendants.                    ORDER FIDNING PLAINTIFF'S MOTIONS
                                               RELATED TO PAYMENT OF HIS FILING
16                                             FEE MOOT

17                                             (Doc. Nos. 113, 114, 115, 116)

18                                             ORDER STAYING ACTION AND
                                               DIRECTING PARTIES TO RESPOND
19                                             WITHIN 30 DAYS TO OPT OUT OF
                                               ALTERNATIVE DISPUTE RESOLUTION
20

21        Pending before the Court are the following motions submitted by Plaintiff: (1) motion to

22   enter proof of payment of his filing fee (Doc. No. 113); (2) motion for reconsideration (Doc. No.

23   114); (3) motion to enter an inmate request for interview form (Doc. No. 115); and (4) motion to

24   enter his prisoner trust fund account statement (Doc. No. 116).  Essentially, Plaintiff seeks

25   verification that the Clerk of Court has received the $402.00 filing fee in this action.

26        By way of background, on January 3, 2022, Defendants filed a motion to revoke

27   Plaintiff's *in forma pauperis* ("IFP") status due to Plaintiff's three strike status.  (Doc. No.  55).

28   In response, Plaintiff advised that he intended to pay the filing fee.  (Doc. No. 61).  The Court

1  afforded Plaintiff multiple extensions of time to pay the $402.00 filing fee.  (*See* Doc. Nos. 84,

2  104).  After denying Plaintiff a further 30-day extension of time, the Court received the final

3  outstanding amount owed ($2.00) and, as of the date of this Order, the Court has received the full

4  filing fee for this case.  (*See* Receipts CAE100050147 for $350.00, CAE100050192 for $50.00,

5  and CAE100050720 for $2.00).

6        In light of Plaintiff's payment of the full filing fee, Defendants' motion to revoke

7  Plaintiff's IFP status is moot.  Similarly, Plaintiff's request for reconsideration and/or verification

8  that the payment fee has been paid in full are also moot.

9        Upon further review of the docket, on December 27, 2021, the Court issue an order

10  staying the case and directing parties to file notice if they wished to opt out of a settlement

11  conference.  (Doc. No. 49).  Finding that Defendants' motion to revoke Plaintiff's IFP status is

12  moot, the Court believes the parties may benefit from an early Alternative Dispute Resolution

13  ("ADR") conference.  As previously noted in the Court's December 27, 2021 Order, the Court

14  refers all civil rights cases filed by pro se individuals to ADR to attempt to resolve such cases

15  more expeditiously and less expensively.  *See also* Local Rule 270. The Court therefore will

16  continue a LIMITED STAY of this action for 60 days to allow the parties to investigate

17  Plaintiff's claims, meet and confer, and participate in an early settlement conference.  If either

18  party opts out or the settlement is unsuccessful the Court will enter a discovery and scheduling

19  order.

20        Accordingly, it is **ORDERED**:

21        1.  In light of Plaintiff's payment in full of the $402.00 filing fee, Defendants' motion to

22  revoke Plaintiff's *in forma pauperis* status (Doc. No. 55) is MOOT.

23        2.  Plaintiff's motion to enter proof of payment of his filing fee (Doc. No. 113), motion for

24  reconsideration (Doc. No. 114), motion to enter an inmate request for interview form (Doc. No.

25  115) and motion to enter his prisoner trust fund account statement (Doc. No. 116) are MOOT.

26        3.  Consistent with the Court's December 27, 2021 Order (Doc. No. 49) this action is

27  **STAYED for 60 days** to allow the parties an opportunity to settle their dispute.  **No pleadings or**

28  **motions may be filed during the stay, and the parties shall not engage in formal discovery**

1    **until the Court LIFTS the STAY.**

2          4.  **Within 30 days** from the date of this Order, the parties shall file a notice if they object

3    to proceeding to a settlement conference or if they believe that settlement is not currently

4    achievable.  **If either party objects to a settlement conference the Court will LIFT the STAY**

5    **and issue a Scheduling and Discovery Order.**

6          5.  If neither party has opted out of settlement by the expiration of the 30-day objection

7    period, the Court will assign this matter by separate Order to a United States Magistrate Judge,

8    other than the undersigned, for conducting the settlement conference.

9          6.  If the parties reach a settlement prior to the settlement conference, they SHALL file a

10   Notice of Settlement as required by Local Rule 160.

11

12   Dated:    June 20, 2022

13                                                          HELENA M. BARCH-KUCHTA
                                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28