UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>Z. JONES, J. RIVERIA,<br><br>    Defendants. | Case No. 1:21-cv-01193-DAD-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL<br><br>(Doc. No. 122) |

Pending before the Court is Plaintiff's motion to appointment counsel. (Doc. No. 122). Plaintiff previously requested this Court to appoint counsel on six previous occasions. (*See* Doc. Nos. 10, 40, 65, 68, 85, 91) and the Court denied each motion. Plaintiff's renewed motion raises no new grounds not previously considered by the Court. For the reasons previously set forth in the Court's Orders entered on October 6, 2021 (Doc. No. 14), December 15, 2021 (Doc. No. 44), April 1, 2022, (Doc. No. 81), April 7, 2022 (Doc. No. 88), and April 12, 2022 (Doc. No. 95), Plaintiff's motion to appoint counsel (Doc. No. 122) is **DENIED**.

Dated:   August 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE