UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>Z. JONES, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01193-ADA-HBK (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION TO ENTER AUTHENTICATED DOCUMENT AS EVIDENCE FOR TRIAL<br><br>(Doc. No. 140) |

Pending before the Court is Plaintiff's motion to enter authenticated document as evidence for trial filed on September 26, 2022. (Doc. No. 140). Defendants did not file an opposition and the time to do so has expired. (*See* docket); *see also* L.R. 230(c).

Plaintiff's motion is not the model for clarity. It has no accompanying explanation. To the extent discernable, it appears Plaintiff seeks to submit the following evidence that he wishes to introduce at trial: nine photographs, an incident report package, a holding cell log, privilege logs, Plaintiff's medical documents title "Miscellaneous Patient Care," documents of his administrative appeal, and a reasonable accommodation request dated July 6, 2021. (Doc. No. 140). As already explained at length in multiple Orders, no trial date has been set for this action and the Court will not act as a repository for Plaintiff's documents that he seeks to file preemptively. (See Doc. Nos. 45, 78, 79, 80, 87).

////

Accordingly, it is **ORDERED**:

The Clerk shall strike Plaintiff's motion and proposed documents he seeks to enter as evidence for trial (Doc. No. 140) and terminate the motion.

Dated:     October 24, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE