UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS, | No. 1:21-cv-01193-ADA-HBK |
| Plaintiff, | GRANTING PLAINTIFF'S CONSTRUED MOTION TO DISMISS UNDER FED. R. CIV. P. 41(a)(2) |
| v. | |
| I.Z. JONES, et al., | (ECF No. 159) |
| Defendants. | |

Pending before the Court is Plaintiff's construed motion to dismiss under Fed. R. Civ. P. 41(a)(2). (ECF No. 159; *see also* ECF No. 162). Plaintiff stated that he wishes to dismiss the entire action without prejudice. (ECF No. 159.) Defendants filed a statement of non-opposition to Defendant's motion to dismiss. (ECF No. 163).

Rule 41(a)(2) states, in relevant part:

> [A]n action may be dismissed at the plaintiff's request only by court order on terms the court considers proper . . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Trial courts have broad discretion to grant motions for voluntary dismissal under Rule 41(a)(2). *See Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145 (9th Cir. 1982). Here, there is no disagreement regarding the terms and conditions of the requested dismissal.

///

1

Accordingly,

1. Plaintiff's motion to dismiss (ECF No. 159) is granted;
2. The matter is dismissed without prejudice; and
3. The Clerk of Court shall terminate all pending motion and close this case.

IT IS SO ORDERED.

Dated:   January 19, 2023                             _____
                                                    UNITED STATES DISTRICT JUDGE